LAW OFFICE OF BRANDON C. MARX
Brandon C. Marx, Esq.
PO Box 6171
Sitka, AK 99835
T: 907-747-7100
Em: marxlaw@sitkalawyer.com
   assistant@sitkalawyer.com
AK Bar No. 0309039
*Attorney for Plaintiff*

LAW OFFICE OF JOHN MERRIAM
John W. Merriam, Pro Hac Vice, (Pending)
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| JAMIE GILREATH-JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COREY POTTER, KYLE POTTER AND ALASKA TENDERING HIRING COMPANY, IN PERSONAM; THE F/V GAMBLER, OFFICIAL NUMBER_____, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　Defendants. | Case No.<br><br>AT LAW AND AT ADMIRALTY<br><br>**SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916** |

COMES NOW the plaintiff and complains of the defendants alleging upon information and belief as follows:

**SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 1
CASE NO.**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

Case 3:24-cv-00037-SLG   Document 1   Filed 02/20/24   Page 1 of 6

1. Plaintiff, Jamie Gilreath-Johnson, brings and maintains this action pursuant to 28 U.S.C. § 1333; 46 U.S.C. § 2114; 46 U.S.C. §§ 30103, 30104 – the Jones Act, U.S. Const. Art. III, sec. 2, and the general maritime law.

2. Plaintiff is a resident of Kodiak, Alaska. The in personam defendants have a principal place of business in Kodiak, District of Alaska.

3. Plaintiff is a seaman and a ward of this Court and elects to take advantage of the provisions of 28 U.S.C. § 1916 to proceed without prepayment of costs or fees.

4. Defendant herein, Alaska Tendering Hiring, LLC is a corporation existing under and by virtue of the laws of a state or states unknown to plaintiff and at all times herein mentioned was acting by and through its officers, agents, servants, employees and representatives, and has a principal place of business or is doing business in the District of Alaska.

5. Defendants herein, Corey Potter and Kyle Potter, are individuals living and doing business in the District of Alaska.

6. The F/V Gambler is a fishing vessel documented by the United States, official number _____. Said vessel has her home port in the District of Alaska or will be found in the District of Alaska during the pendency of this action. During all times herein mentioned said vessel was owned or bareboat chartered by the defendants and was engaged in maritime commerce.

7. At all times herein mentioned, plaintiff was employed by the defendants as a member of the crew, in the service of said vessel, and was at all times acting within the course and scope of her duties as deckhand in furtherance of the mission of said vessel.

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 2
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:24-cv-00037-SLG   Document 1   Filed 02/20/24   Page 2 of 6

8. On or about July 5, 2022 while said vessel was in navigable waters, plaintiff was dragged across the deck of the F/V Gambler with her hand caught in a brailer. She suffered injuries to be proven at trial.

9. Said injuries, disabilities, and damages were directly and proximately caused by the unseaworthiness of the vessel; the negligence, in whole or in part, of the defendants and their agents, servants and employees; and the failure of the defendants to provide a reasonably safe place to work, in one or more of the following respects: failure to provide a safe place to work.

10. As a direct and proximate result of the foregoing, plaintiff was caused to and did incur reasonable charges for medical care and attention. Plaintiff does not know the reasonable value of said medical care and attention already rendered or to be rendered in the future and therefore, prays leave to amend this complaint to show the same.

11. As a further result of the foregoing, plaintiff was rendered unable to engage in her normal and usual occupation for a period of time. Plaintiff may later be unable to engage in her normal and usual occupation and prays leave to amend this complaint to allege the full extent of said loss when the same is ascertained.

12. Plaintiff demands maintenance from the defendants in a per diem amount to recuperate on land with room and board at least equal to that received on defendant's vessel, until the plaintiff reaches maximum cure or until the plaintiff is declared fit for duty, whichever last occurs. Plaintiff further demands the actual cost of cure until the plaintiff fully cured, and if never cured, plaintiff demands the cost of cure for the remainder of plaintiff's natural life.

13. Maintenance and cure has been demanded and not timely paid. The failure to pay maintenance and cure has caused additional damages to the plaintiff whether or not the failure to pay was reasonable under the circumstances. Plaintiff is entitled to compensatory damages –

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 3
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:24-cv-00037-SLG   Document 1   Filed 02/20/24   Page 3 of 6

including contingent attorney fees – for the negligent failure to pay maintenance and cure. Plaintiff is entitled to reasonable attorney fees for the arbitrary and capricious failure to pay maintenance and cure. Plaintiff is entitled to punitive damages for the willful and wanton failure to pay maintenance and cure.

14. Plaintiff commenced her employment aboard the F/V Gambler on June 27, 2022 and was promised employment through the end of the season (September 2022) and to be paid a rate of $200 per day. She left the vessel on or about July 22, 2022 and was not paid her full wages, earned and unearned. Said wages have been demanded and denied. Plaintiff is entitled to double wages under state law and punitive damages under federal law.

WHEREFORE, plaintiff prays judgment against the defendants as follows:

1. For a declaration that the plaintiff holds claim to a preferred maritime lien against the defendant vessel, her engines, machinery, appurtenances and cargo;

2. For arrest, condemnation and sale of the defendant vessel including her engines, machinery, appurtenances and cargo;

3. For general damages, including damages for loss of consortium, as are reasonable and fair;

4. For such special damages, including found, as may be shown by the proofs herein;

5. For maintenance and cure, and for consequential and punitive damages for failure to pay same;

6. For earned and unearned wages and double wage penalties;

7. For pre-judgment interest on all claims as is in the law provided;

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR
PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND
CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 4
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:24-cv-00037-SLG   Document 1   Filed 02/20/24   Page 4 of 6

8. For costs of suit and reasonable attorney fees;

9. For such other and further relief, including punitive damages, as is met and just in the circumstances.

Dated this 17th day of February 2024.

                         LAW OFFICE OF BRANDON C. MARX

By: */s/ Brandon C. Marx*
Brandon C. Marx, Esq.
PO Box 6171
Sitka, AK 99835
T: 907-747-7100
Em: marxlaw@sitkalawyer.com
assistant@sitkalawyer.com
AK Bar No. 0309039
*Attorney for Plaintiff*

LAW OFFICE OF JOHN MERRIAM

By: */s/ John W. Merriam*
John W. Merriam, Pro Hac Vice, (Pending)
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
*Attorney for Plaintiff*

I am the attorney for the plaintiff in this action and have knowledge of the matters asserted in the above complaint based upon information provided by the plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the allegations of the above complaint are true and correct to the best of my knowledge and belief.

DATED at Sitka, AK this ___ day of February, 2024.

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 5
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:24-cv-00037-SLG   Document 1   Filed 02/20/24   Page 5 of 6

| | |
|---|---|
| 1 | */s/ Brandon Marx* |
| 2 | Brandon Marx |

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 6
CASE NO.

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:24-cv-00037-SLG   Document 1   Filed 02/20/24   Page 6 of 6