# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JAMIE GILREATH,

        Plaintiff,

   v.

COREY POTTER, *et al.*,

        Defendants.

Case No. 3:24-cv-00037-SLG-KFR

## ORDER ON REPORT AND RECOMMENDATION

Before the Court at Docket 63 is Plaintiff Jamie Gilreath's Renewed Motion for Entry of Default Judgment Against in Personam Defendant Corey Potter. The motion was referred to the Honorable Magistrate Judge Kyle F. Reardon. At Docket 66, Judge Reardon issued his Report and Recommendation, in which he recommended that the motion be granted in part and denied in part. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2]

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Id.*

However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[3]

The Magistrate Judge recommended that the Court grant in part and deny in part the Renewed Motion for Default Judgment. The Court has reviewed the Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation. IT IS ORDERED that the Renewed Motion for Default Judgment at Docket 63 is GRANTED in part and DENIED in part. The Clerk shall enter judgment as follows:

Plaintiff shall recover from Defendant Corey Potter the following amounts:

- $1,500 in unpaid wages;
- $18,000 in wage penalties pursuant to Alaska Statute § 23.05.140;
- $10,000 in general damages for unseaworthiness;
- $1,800 in attorney's fees pursuant to Alaska Rule of Civil Procedure 82;
- Prejudgment interest at the interest rate set by 28 U.S.C. § 1961 on the total $11,500 damages award, beginning August 4, 2022, through the date of judgment.

DATED this 7th day of November, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Case No. 3:24-cr-00037-SLG-KFR, *Gilreath v. Potter, et al.*
Order on Report and Recommendation
Page 2 of 2